# EXHIBIT A

# United States Patent Office

**805,075**
Registered Mar. 8, 1966

## PRINCIPAL REGISTER
### Trademark

Ser. No. 225,091, filed Aug. 6, 1965

## FENDER

Columbia Records Distributions Corp. (New York corporation)
799—7th Ave.
New York, N.Y.

For: MUSICAL INSTRUMENTS—NAMELY, ELECTRIC SPANISH GUITARS, ELECTRIC MANDOLINS, ELECTRIC BASSES, ACOUSTIC GUITARS, PEDAL STEEL GUITARS, AND STEEL GUITARS; AND COMPONENTS AND ACCESSORIES FOR GUITARS AND THE LIKE—NAMELY, LEGS, CASES, BAGS, STRINGS, POLISH, WAIST BELTS, STANDS, PICKS, STEELS, NECKS, HEADS, PICKUPS, PICKUP COVERS, PICKGUARDS, BRIDGE COVERS, TREMOLO HANDLES, CONTROL KNOBS, AND STRAPS—in CLASS 36.

For: ELECTRIC APPARATUS FOR USE WITH GUITARS AND FOR OTHER PURPOSES—NAMELY, AMPLIFIERS, LOUDSPEAKERS, ECHO CHAMBERS, AND REVERBERATION UNITS; AND COMPONENTS AND ACCESSORIES FOR SUCH ELECTRICAL APPARATUS—NAMELY, AMPLIFIER CORDS, AMPLIFIER CARRIERS, AMPLIFIER COVERS, FOOT PEDAL CONTROLS, SWITCHES, AMPLIFIER HANDLES, AMPLIFIER KNOBS, AMPLIFIER CORNERS, AMPLIFIER VOLUME AND TONE CONTROLS, SPEAKER CABINETS, AMPLIFIER TUBE SHIELDS, AMPLIFIER THUMBSCREWS, AMPLIFIER LEGS, AND TAPE CARTRIDGES—in CLASS 21.

First use in or about 1945; in commerce in or about 1946.

PHILIP YARNALL, *Examiner*.

# United States Patent Office

**805,075**
Registered Mar. 8, 1966

## PRINCIPAL REGISTER
### Trademark

Ser. No. 225,091, filed Aug. 6, 1965

## FENDER

Columbia Records Distributions Corp. (New York corporation)
799—7th Ave.
New York, N.Y.

For: MUSICAL INSTRUMENTS—NAMELY, ELECTRIC SPANISH GUITARS, ~~ELECTRIC MANDOLINS,~~ ELECTRIC BASSES, ACOUSTIC GUITARS, ~~PEDAL STEEL GUITARS, AND STEEL GUITARS~~; AND COMPONENTS AND ACCESSORIES FOR GUITARS AND THE LIKE—NAMELY, ~~LEGS,~~ CASES, BAGS, STRINGS, POLISH, ~~WAIST BELTS,~~ STANDS, PICKS, ~~STEELS;~~ NECKS, HEADS, PICKUPS, PICKUP COVERS, PICKGUARDS, BRIDGE COVERS, TREMOLO HANDLES, CONTROL KNOBS, AND STRAPS—in CLASS 36.

For: ELECTRIC APPARATUS FOR USE WITH GUITARS AND FOR OTHER PURPOSES—NAMELY, AMPLIFIERS, LOUDSPEAKERS, ~~ECHO CHAMBERS, AND REVERBERATION UNITS;~~ AND COMPONENTS AND ACCESSORIES FOR SUCH ELECTRICAL APPARATUS—NAMELY, AMPLIFIER CORDS, ~~AMPLIFIER CARRIERS,~~ AMPLIFIER COVERS, FOOT PEDAL CONTROLS, ~~SWITCHES,~~ AMPLIFIER HANDLES, AMPLIFIER KNOBS, AMPLIFIER CORNERS, AMPLIFIER VOLUME AND TONE CONTROLS, SPEAKER CABINETS, AMPLIFIER ~~TUBE~~ SHIELDS, AMPLIFIER ~~THUMBSCREWS,~~ AMPLIFIER LEGS, AND ~~TAPE CARTRIDGES~~—in CLASS 21.

First use in or about 1945; in commerce in or about 1946.

PHILIP YARNALL, *Examiner.*

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,060,024
Registered Feb. 21, 2006

**TRADEMARK**
**PRINCIPAL REGISTER**

# FENDER

FENDER MUSICAL INSTRUMENTS CORPORA-
TION (DELAWARE CORPORATION)
SUITE 100
8860 E. CHAPARRAL ROAD
SCOTTSDALE, AZ 85250

FOR: CLOTHING, NAMELY ATHLETIC FOOT-
WEAR, BANDANAS, BASEBALL CAPS, BATHING
SUITS, BATHING TRUNKS, BATHROBES, BEACH-
WEAR, BELTS, BERETS, CLOTH BIBS, BLAZERS,
BLOUSES, BODY SUITS, BOMBER JACKETS,
BOOTS, BOW TIES, BOXER SHORTS, BRAS, BRIEFS,
BUSTIERS, CAMISOLES, CAPES, CAPRIS, CAPS,
CARDIGANS, CASUAL SOCKS, CHEMISES, CHI-
NOS, COATS, COLLARS, COVERALLS, CUFFS,
CUMBERBUNDS, DOWN-FILLED JACKETS, DRES-
SES, EAR MUFFS, FLANNEL SHIRTS, FOOTWEAR,
SUITS AND DRESSES, GLOVES, GOLF SHIRTS,
GOWNS, GYM SHORTS, HALTER TOPS, HATS,
HEADBANDS, HOUSECOATS, INFANTWEAR,
JACKETS, JEANS, JERSEYS, JOGGING SUITS, JUM-
PERS, JUMPSUITS, KERCHIEFS, KHAKI PANTS,
KNIT SHIRTS, LEGGINGS, LEOTARDS, LINGERIE,
MITTENS, MOCCASINS, MOTORCYCLE BOOTS,
NECKERCHIEFS, NECKWEAR, NIGHT SHIRTS,
OVERALLS, OVERCOATS, PAJAMAS, PANTS, PAN-
TYHOSE, POLO SHIRTS, PONCHOS, PULLOVERS,
RAIN WEAR, ROBES, RUGBY SHIRTS, SANDALS,
SCARVES, SHAWLS, SHELLS, SHIRTS, SHORTS,
SKI WEAR, SKIRTS, SLACKS, SLEEPWEAR, SLIP-
PERS, SMOCKS, SMOKING JACKETS, SNEAKERS,
SOCKS, SPORT COATS, SPORT SHIRTS, SPORTS
JERSEYS, STOCKINGS, SUITS, SUN DRESSES, SUS-
PENDERS, SWIM WEAR, SWEAT PANTS, SWEAT
SHIRTS, SWEAT SHORTS, SWEATERS, TANK TOPS,
TIES, TIGHTS, TOPCOATS, TOPS, TROUSERS, T-
SHIRTS, TUBE TOPS, TUNICS, TURTLENECKS,
UNDERGARMENTS, VESTS, WAISTCOATS,
WALKING SHORTS, WARM-UP SUITS, WRAPS,
AND WRISTBANDS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 805,510, 2,385,810 AND
OTHERS.

SER. NO. 78-458,293, FILED 7-28-2004.

JOHN HWANG, EXAMINING ATTORNEY

# United States Patent Office

**805,510**
Registered Mar. 15, 1966

## PRINCIPAL REGISTER
### Trademark

Ser. No. 225,092, filed Aug. 6, 1965



Columbia Records Distribution Corp. (New York corporation)
799 7th Ave.
New York, N.Y.

For: ELECTRICAL APPARATUS FOR USE WITH GUITARS AND FOR OTHER PURPOSES—NAMELY, AMPLIFIERS, LOUDSPEAKERS, ECHO CHAMBERS, AND REVERBERATION UNITS, AND COMPONENTS AND ACCESSORIES FOR SUCH ELECTRICAL APPARATUS—NAMELY, AMPLIFIER CORDS, AMPLIFIER CARRIERS, AMPLIFIER COVERS, FOOT PEDAL CONTROLS, SWITCHES, AMPLIFIER HANDLES, AMPLIFIER KNOBS, AMPLIFIER CORNERS, AMPLIFIER VOLUME AND TONE CONTROLS, SPEAKER CABINETS, AMPLIFIER TUBE SHIELDS, AMPLIFIER THUMB SCREWS, AMPLIFIER LEGS, AND TAPE CARTRIDGES—in CLASS 21.

For: MUSICAL INSTRUMENTS—NAMELY, ELECTRIC SPANISH GUITARS, ELECTRIC MANDOLINS, ELECTRIC BASSES, ACOUSTIC GUITARS, PEDAL STEEL GUITARS, AND STEEL GUITARS, AND COMPONENTS AND ACCESSORIES FOR GUITARS AND THE LIKE—NAMELY, LEGS, CASES, BAGS, STRINGS, POLISH, WAIST BELTS, STANDS, PICKS, STEELS, NECKS, HEADS, PICKUPS, PICKUP COVERS, PICKGUARDS, BRIDGE COVERS, TREMOLO HANDLES, CONTROL KNOBS, AND STRAPS—in CLASS 36.

First use in or about 1945; in commerce in or about 1946.

PHILIP YARNALL, *Examiner.*

# United States Patent Office

**805,510**
Registered Mar. 15, 1966

## PRINCIPAL REGISTER
### Trademark

Ser. No. 225,092, filed Aug. 6, 1965



Columbia Records Distribution Corp. (New York corporation)
799 7th Ave.
New York, N.Y.

For: ELECTRICAL APPARATUS FOR USE WITH GUITARS AND FOR OTHER PURPOSES—NAMELY, AMPLIFIERS, LOUDSPEAKERS, ~~ECHO CHAMBERS, AND REVERBERATION~~ UNITS, AND COMPONENTS AND ACCESSORIES FOR SUCH ELECTRICAL APPARATUS—NAMELY, AMPLIFIER CORDS, ~~AMPLIFIER CARRIERS~~, AMPLIFIER COVERS, FOOT PEDAL CONTROLS, ~~SWITCHES~~, AMPLIFIER HANDLES, AMPLIFIER KNOBS, AMPLIFIER CORNERS, AMPLIFIER VOLUME AND TONE CONTROLS, SPEAKER CABINETS, ~~AMPLIFIER TUBE SHIELDS, AMPLIFIER THUMB~~ SCREWS,

AMPLIFIER LEGS, AND ~~TAPE CARTRIDGES~~—in CLASS 21.

For: MUSICAL INSTRUMENTS—NAMELY, ELECTRIC SPANISH GUITARS, ~~ELECTRIC MANDOLINS~~, ELECTRIC BASSES, ACOUSTIC GUITARS, ~~PEDAL STEEL~~ GUITARS, AND STEEL GUITARS, AND COMPONENTS AND ACCESSORIES FOR GUITARS AND THE LIKE—NAMELY, ~~LEGS~~, CASES, BAGS, STRINGS, POLISH, ~~WAIST BELTS~~, STANDS, PICKS, ~~STEELS~~, NECKS, HEADS, PICKUPS, PICKUP COVERS, PICKGUARDS, BRIDGE COVERS, TREMOLO HANDLES, CONTROL KNOBS, AND STRAPS—in CLASS 36.

First use in or about 1945; in commerce in or about 1946.

PHILIP YARNALL, *Examiner.*

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,715,905
Registered Sep. 15, 1992

## TRADEMARK
### PRINCIPAL REGISTER



FENDER MUSICAL INSTRUMENTS CORPO-
RATION (DELAWARE CORPORATION)
1130 COLUMBIA STREET
BREA, CA 92621

FOR: MEN'S AND WOMEN'S ACTIVE
CLOTHING; NAMELY, T-SHIRTS, TANK TOPS,
SWEAT SHIRTS, SWEAT SUITS, SWEATERS,
FLEECE TOPS, JACKETS, POLO SHIRTS,

BASEBALL JERSEYS, SHORTS, HATS, AND
SUSPENDERS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0-0-1983; IN COMMERCE
0-0-1983.
OWNER OF U.S. REG. NOS. 805,075, 805,510,
AND 1,256,824.

SER. NO. 74-165,052, FILED 5-9-1991.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,715,905
Registered Sep. 15, 1992

## TRADEMARK
### PRINCIPAL REGISTER



FENDER MUSICAL INSTRUMENTS CORPO-
RATION (DELAWARE CORPORATION)
1130 COLUMBIA STREET
BREA, CA 92621

FOR: MEN'S AND WOMEN'S ACTIVE
CLOTHING; NAMELY, T-SHIRTS, TANK TOPS,
SWEAT SHIRTS, SWEAT SUITS, SWEATERS,
FLEECE TOPS, JACKETS, POLO SHIRTS,

BASEBALL JERSEYS, SHORTS, HATS, AND
SUSPENDERS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0-0-1983; IN COMMERCE
0-0-1983.
OWNER OF U.S. REG. NOS. 805,075, 805,510,
AND 1,256,824.

SER. NO. 74-165,052, FILED 5-9-1991.

NANCY L. HANKIN, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 2,385,810

Registered Sep. 12, 2000

## TRADEMARK
### PRINCIPAL REGISTER



FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
7975 NORTH HAYDEN ROAD
SCOTTSDALE, AZ 85258

FOR: BACKPACKS, KNAPSACKS, LUGGAGE AND CARRY-ON BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12–22–1999; IN COMMERCE 12–22–1999.

OWNER OF U.S. REG. NOS. 805,075, 1,715,905, AND OTHERS.

SN 74–481,064, FILED 1–18–1994.

GERALD C. SEEGARS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,237,850

**United States Patent and Trademark Office**  Registered Apr. 6, 1999

**TRADEMARK**
**PRINCIPAL REGISTER**



FENDER MUSICAL INSTRUMENTS CORPO-
RATION (DELAWARE CORPORATION)
7975 NORTH HAYDEN ROAD
SCOTTSDALE, AZ 85258

   FOR: COATS AND SHIRTS, IN CLASS 25
(U.S. CLS. 22 AND 39).
   FIRST   USE   0-0-1987;   IN   COMMERCE
0-0-1987.

OWNER OF U.S. REG. NOS. 805,075, 1,715,905,
AND OTHERS.

   SN 75-977,990, FILED 1-18-1994.

GERALD C. SEEGARS, EXAMINING ATTOR-
NEY

Int. Cl.: 15

Prior U.S. Cl.: 36

**Reg. No. 1,256,824**

## United States Patent and Trademark Office

Registered Nov. 8, 1983

### TRADEMARK
**Principal Register**



CBS Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y. 10019

For: ELECTRIC GUITARS AND ELECTRIC BASS GUITARS, in CLASS 15 (U.S. Cl. 36).
First use Jan. 1981; in commerce Jan. 1981.
Owner of U.S. Reg. Nos. 805,075 and 805,510.

Ser. No. 393,653, filed Sep. 29, 1982.

J. TINGLEY, Examining Attorney

Int. Cl.: 15

Prior U.S. Cl.: 36

United States Patent and Trademark Office

Renewal

Reg. No. 839,997
Registered Dec. 5, 1967
OG Date June 14, 1988

## TRADEMARK
## PRINCIPAL REGISTER

## STRATOCASTER

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
1130 COLUMBIA ST.
BREA, CA 92621, ASSIGNEE BY ASSIGNMENT AND CHANGE OF NAME FROM COLUMBIA BROADCASTING SYSTEM, INC. (NEW YORK CORPORATION) NEW YORK, NY

FOR: ELECTRIC GUITARS, IN CLASS 36 (INT. CL. 15).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

SER. NO. 270,186, FILED 4-28-1967.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 14, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 15

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**

Renewal

Reg. No. 839,997
Registered Dec. 5, 1967
OG Date June 14, 1988

## TRADEMARK
## PRINCIPAL REGISTER

### STRATOCASTER

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPO-
RATION)
1130 COLUMBIA ST.
BREA, CA 92621, ASSIGNEE BY AS-
SIGNMENT AND CHANGE OF NAME
FROM COLUMBIA BROADCASTING
SYSTEM, INC. (NEW YORK CORPO-
RATION) NEW YORK, NY

FOR: ELECTRIC GUITARS, IN CLASS
36 (INT. CL. 15).

FIRST USE 0-0-1954; IN COMMERCE
0-0-1954.

SER. NO. 270,186, FILED 4-28-1967.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 14, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

839,997
Registered Dec. 5, 1967

## PRINCIPAL REGISTER
## Trademark

Ser. No. 270,186, filed Apr. 28, 1967

## STRATOCASTER

Columbia Broadcasting System, Inc. (New York corpora-
tion)
51 W. 52nd St.
New York, N.Y.   10019

For: ELECTRIC GUITARS, in CLASS 36.
First use in or about 1954; in commerce in or about 1954.

C. A. MARLOW, *Examiner.*

# United States Patent Office

871,794
Registered June 24, 1969

## PRINCIPAL REGISTER
### Trademark

Ser. No. 314,199, filed Dec. 11, 1968

## TELECASTER

Columbia Broadcasting System, Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: GUITARS, in CLASS 36 (INT. CL. 15).
First use in or about 1949; in commerce in or about 1949.

C. A. MARLOW, *Examiner.*

# United States Patent Office

871,794
Registered June 24, 1969

## PRINCIPAL REGISTER
### Trademark

Ser. No. 314,199, filed Dec. 11, 1968

## TELECASTER

Columbia Broadcasting System, Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: GUITARS, in CLASS 36 (INT. CL. 15).
First use in or about 1949; in commerce in or about 1949.

C. A. MARLOW, *Examiner*.

Int. Cl.: 15

Prior U.S. Cl.: 36

Reg. No. 882,884

**United States Patent and Trademark Office**

Registered Dec. 23, 1969

10 Year Renewal

Renewal Approved Jan. 16, 1990

## TRADEMARK
## PRINCIPAL REGISTER

### JAZZ BASS

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
1130 COLUMBIA STREET
BREA, CA 92621, ASSIGNEE BY ASSIGNMENT AND CHANGE OF NAME COLUMBIA BROADCASTING SYSTEM, INC. (NEW YORK CORPORATION) NEW YORK, NY

APPLICANT DISCLAIMS THE WORD "BASS" APART FROM THE MARK AS SHOWN.

FOR: BASS GUITARS, IN CLASS 36 (INT. CL. 15).

FIRST USE 0-0-1957; IN COMMERCE 0-0-1957.

SER. NO. 72-314,134, FILED 12-11-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 27, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

.

Int. Cl.: 15

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 884,159

Registered Jan. 13, 1970

Renewal Approved Jan. 16, 1990

## TRADEMARK
## PRINCIPAL REGISTER

### PRECISION BASS

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
1130 COLUMBIA STREET
BREA, CA 92621, ASSIGNEE BY ASSIGNMENT AND CHANGE OF NAME COLUMBIA BROADCASTING SYSTEM, INC. (NEW YORK CORPORATION) NEW YORK, NY

APPLICANT DISCLAIMS THE WORD "BASS" APART FROM THE MARK AS SHOWN.

FOR: BASS GUITARS, IN CLASS 36 (INT. CL. 15).

FIRST USE 0–0–1954; IN COMMERCE 0–0–1954.

SER. NO. 72–314,187, FILED 12–11–1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 27, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 9, 15, and 25

Prior U.S. Cls.: 2, 21, 22, 23, 26, 36, 38, and 39

Reg. No. 2,774,155

## United States Patent and Trademark Office
Registered Oct. 14, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## THE SPIRIT OF ROCK-N-ROLL

FENDER MUSICAL INSTRUMENTS CORPORA-
TION (DELAWARE CORPORATION)
8860 E. CHAPARRAL ROAD
SUITE 100
SCOTTSDALE, AZ 85250

FOR: AMPLIFIERS FOR MUSICAL INSTRU-
MENTS AND PARTS AND ACCESSORIES FOR
USE IN CONNECTION THEREWITH , IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-2003; IN COMMERCE 5-31-2003.

FOR: ACOUSTIC GUITARS, ELECTRIC GUI-
TARS AND PARTS AND ACCESSORIES FOR USE

IN CONNECTION THEREWITH, IN CLASS 15 (U.S.
CLS. 2, 21 AND 36).

FIRST USE 5-31-2003; IN COMMERCE 5-31-2003.

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEAT-
SHIRTS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 5-31-2003; IN COMMERCE 5-31-2003.

SN 78-127,380, FILED 5-8-2002.

PAULA MAYS, EXAMINING ATTORNEY

Int. Cl.: 15

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**

Reg. No. 1,143,869
Registered Mar. 24, 1981

## TRADEMARK
### Principal Register



CBS Inc. (New York corporation)
51 W. 52 St.
New York, N.Y. 10019

For: ELECTRIC GUITARS AND ELECTRIC BASS GUITARS, in CLASS 15 (U.S. Cl. 36).

First use 1955; in commerce 1955.

Applicant hereby disclaims the straight portion of the head profile apart from the mark as shown, such straight portion being, in the illustrated head profile of a conventional right-handed guitar, the inclined straight edge shown at the left.

The mark consists of the profile or outline of the head of an electric guitar or electric bass guitar.

Ser. No. 70,669, filed Dec. 3, 1975.

G. T. GLYNN, Primary Examiner

Int. Cl.: 15

Prior U.S. Cl.: 36

## United States Patent and Trademark Office

Reg. No. 1,148,869
Registered Mar. 24, 1981

### TRADEMARK
#### Principal Register



CBS Inc. (New York corporation)
51 W. 52 St.
New York, N.Y. 10019

For: ELECTRIC GUITARS AND ELECTRIC BASS GUITARS, in CLASS 15 (U.S. Cl. 36).

First use 1955; in commerce 1955.

Applicant hereby disclaims the straight portion of the head profile apart from the mark as shown, such

straight portion being, in the illustrated head profile of a conventional right-handed guitar, the inclined straight edge shown at the left.

The mark consists of the profile or outline of the head of an electric guitar or electric bass guitar.

Ser. No. 70,669, filed Dec. 3, 1975.

G. T. GLYNN, Primary Examiner

Int. Cl.: 15

Prior U.S. Cl.: 36

## United States Patent and Trademark Office

Reg. No. 1,148,870
Registered Mar. 24, 1981

## TRADEMARK
### Principal Register



CBS Inc. (New York corporation)
51 W. 52 St.
New York, N.Y. 10019

For: ELECTRIC GUITARS AND ELECTRIC BASS GUITARS, in CLASS 15 (U.S. Cl. 36).

First use 1951; in commerce 1951.

Applicant hereby disclaims the straight side of the head profile apart from the mark as shown, such straight portion being, in the illustrated head profile of a conventional right-handed guitar, the inclined straight edge shown at the left.

The mark consists of the profile or outline of the head of an electric guitar or electric bass guitar.

Ser. No. 70,670, filed Dec. 3, 1975.

J. TINGLEY, Primary Examiner

Int. Cl.: 15

Prior U.S. Cl.: 36

## United States Patent and Trademark Office

Reg. No. 1,148,870
Registered Mar. 24, 1981

## TRADEMARK
### Principal Register



CBS Inc. (New York corporation)
51 W. 52 St.
New York, N.Y. 10019

For: ELECTRIC GUITARS AND ELECTRIC BASS GUITARS, in CLASS 15 (U.S. Cl. 36).

First use 1951; in commerce 1951.

Applicant hereby disclaims the straight side of the head profile apart from the mark as shown, such straight portion being, in the illustrated head profile of a conventional right-handed guitar, the inclined straight edge shown at the left.

The mark consists of the profile or outline of the head of an electric guitar or electric bass guitar.

Ser. No. 70,670, filed Dec. 3, 1975.

J. TINGLEY, Primary Examiner

**Int. Cl.: 15**

**Prior U.S. Cls.: 2, 21 and 36**

## United States Patent and Trademark Office

**Reg. No. 2,163,733**

Registered June 9, 1998

## TRADEMARK
### PRINCIPAL REGISTER



FENDER MUSICAL INSTRUMENTS CORPO-
RATION (DELAWARE CORPORATION)
7975 NORTH HAYDEN ROAD
SCOTTSDALE, AZ 85258

FOR: ELECTRIC GUITARS AND ELECTRIC
BASS GUITARS, AND NECKS FOR ELECTRIC
GUITARS AND ELECTRIC BASS GUITARS, IN
CLASS 15 (U.S. CLS. 2, 21 AND 36).

FIRST USE 0–0–1955; IN COMMERCE
0–0–1955.

OWNER OF U.S. REG. NO. 1,148,869.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE THE REPRESENTATION OF
THE STRAIGHT PORTION OF THE HEAD
PROFILE, SUCH STRAIGHT PORTION BEING,
IN THE ILLUSTRATED HEAD PROFILE OF A
CONVENTIONAL RIGHT-HANDED GUITAR,
THE INCLINED STRAIGHT EDGE SHOWN AT
THE LEFT, APART FROM THE MARK AS
SHOWN.

THE MARK CONSISTS OF THE PROFILE OR
OUTLINE OF THE HEAD OF AN ELECTRIC
GUITAR OR ELECTRIC BASS GUITAR, AND
OF THE HEAD OF A NECK FOR AN ELEC-
TRIC GUITAR OR ELECTRIC BASS GUITAR.

SEC. 2(F).

SER. NO. 75–267,362, FILED 4–1–1997.

ANDREW BAXLEY, EXAMINING ATTORNEY

Int. Cls.: 9, 14, 16, 18, 25 and 26

Prior U.S. Cls.: 1, 2, 3, 5, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38, 39, 40, 41, 42 and 50

**Reg. No. 3,488,511**

## United States Patent and Trademark Office
Registered Aug. 19, 2008

## TRADEMARK
### PRINCIPAL REGISTER



FENDER MUSICAL INSTRUMENTS CORPORA-TION (DELAWARE CORPORATION)
SUITE 100
8860 E. CHAPARRAL ROAD
SCOTTSDALE, AZ 85250

FOR: NEON SIGNS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: TIMEPIECES; JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: CALENDARS; GREETING CARDS; STICK-ERS; POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: T-SHIRTS; SHIRTS; JEANS; HEADWEAR; FOOTWEAR; BELTS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: BELT BUCKLES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

OWNER OF U.S. REG. NOS. 1,148,869 AND 2,163,733.

THE MARK CONSISTS OF A HEADSTOCK OF AN ELECTRIC GUITAR.

SER. NO. 77-388,173, FILED 2-4-2008.

SANI KHOURI, EXAMINING ATTORNEY