# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fender Musical Instruments Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Umerco Clothing, Inc. d/b/a Dragonfly Clothing; American Garmento, Inc.; Edward Kotab; Talal Kotab; and Foizie Kotab, <br><br> Defendants. | No. CV-14-00208-PHX-NVW <br><br> **PRELIMINARY INJUNCTION ORDER** |

TO:  Defendants Umerco Clothing Inc. dba Dragonfly Clothing; American Garmento, Inc.; Edward Kotab; Talal Kotab; and Foizie Kotab:

The Motion for Preliminary Injunction of Plaintiff Fender Musical Instruments Corporation ("Fender"), pursuant to Rule 65, Federal Rules of Civil Procedure, having come before this Court on February 14, 2014, the Court having considered the Plaintiff's Memorandum of Points and Authorities and declarations, Defendants' response thereto, and Plaintiff's subsequent reply, and the Court previously having found that good cause exists for entry of a Temporary Restraining Order, which findings are incorporated here, Fender's Motion for Preliminary Injunction should be, and at that hearing was, granted. Subsequently, the parties agreed that no additional bond was necessary.

THEREFORE, IT IS HEREBY ORDERED as follows:

(1)  Except for sales to other Fender licensees, Defendants Umerco Clothing Inc. dba Dragonfly Clothing, American Garmento Inc., Edward Kotab, Talal Kotab, Foizie Kotab, and their officers, agents, servants, employees, attorneys, and other persons who are

1  in active concert or participation with them are enjoined, pending further Order of this
2  Court or conclusion of this action, from dumping, selling, distributing, transferring,
3  conveying, exhausting or otherwise disposing of their current or future inventory of
4  Fender-licensed, Fender-branded products, or any other products or materials containing
5  Fender intellectual property, including any such products on order or in transit.  Further,
6  Defendants are enjoined from ordering any Fender-licensed, Fender-branded products, or
7  any other products or materials containing Fender intellectual property.

8    (2) That Defendants Umerco Clothing Inc. dba Dragonfly Clothing, American
9  Garmento Inc., Edward Kotab, Talal Kotab, Foizie Kotab, and their officers, agents,
10 servants, employees, attorneys, and other persons who are in active concert or participation
11 with them, are enjoined, pending further Order of this Court or conclusion of this action,
12 from selling, marketing, displaying, or advertising Fender-licensed, Fender-branded
13 products, or any other products or materials containing Fender intellectual property, and/or
14 otherwise use or reference any Fender intellectual property on any and all online sites
15 including, but not limited to, http://fenderbydragonfly.com/ and shall decommission the
16 http://fenderbydragonfly.com/ domain name.

17   (3) Except for sales to other Fender licensees, Defendants Umerco Clothing Inc.
18 dba Dragonfly Clothing, American Garmento Inc., Edward Kotab, Talal Kotab, Foizie
19 Kotab, and their officers, agents, servants, employees, attorneys, and other persons who are
20 in active concert or participation with them, are enjoined, pending further Order of this
21 Court or conclusion of this action, from using the trademarks set forth on Exhibit A to this
22 Order, and/or confusingly similar imitations of Fender's intellectual property, in
23 connection with Defendants' business or goods or services, including but not limited to the
24 advertising of those goods or services.

25   (4) That Defendants Umerco Clothing Inc. dba Dragonfly Clothing, American
26 Garmento Inc., Edward Kotab, Talal Kotab, Foizie Kotab, and their officers, agents,
27 servants, employees, attorneys, and other persons who are in active concert or participation
28 with them, not later than February 28, 2014, shall provide to Fender a complete, detailed

2

1  and exhaustive list of current or future inventory of Fender-licensed, Fender-branded
2  products, or any other products or materials containing Fender intellectual property,
3  including any such products on order or in transit.
4    (5)  That pursuant to the parties' agreement, the $10,000.00 bond Fender posted
5  for this Court's February 6, 2014 Temporary Restraining Order shall serve as the bond for
6  this preliminary injunction.
7    Dated this 24th day of February, 2014.

_____
Neil V. Wake
United States District Judge