1  | Mark Weiss (ABN 013709)
2  | mweiss@weissiplaw.com
   | WEISS & MOY, P.C.
3  | 4204 N. Brown Avenue
   | Scottsdale, AZ 85251
4  | Tel.: (480) 994-8888
   | Fax: (480) 947-2663

5  | *Attorneys for Defendants*

6  | **UNITED STATES DISTRICT COURT**

7  | **DISTRICT OF ARIZONA**

8  | Fender Musical Instruments Corporation,      Case No. 14-cv-00208-NVW

9  |                    Plaintiff,               **DEFENDANTS' NOTICE TO
                                                 INVOKE ARBITRATION
10 |         v.                                  AGREEMENT**

11 | Umerco Clothing Inc. d.b.a. Dragonfly
12 | Clothing; American Garmento Inc.; Edward
   | Kotab; Talal Kotab; and Foizie Kotab,
13 |
   |                    Defendants.
14 |

15 |

16 |       Pursuant to the Court's Order dated August 7, 2014 (Doc. 49), Defendants

17 | Umerco Clothing Inc. d.b.a. Dragonfly Clothing, ("Umerco"), American Garmento Inc.

18 | ("Garmento"), Edward Kotab ("E. Kotab"), Talal Kotab ("T. Kotab"), and Foizie Kotab

19 | ("F. Kotab") (collectively "Defendants") by and through undersigned counsel, hereby

20 | give notice that Defendants invoke the arbitration agreement attached as Schedule F to

21 | the License Agreement (Doc. 40, Exh. A).

22 |       Respectfully submitted this 13th of August, 2014.

23 |
   |                                              WEISS & MOY, P.C.
24 |
   |                                              s/ Mark Weiss
25 |                                              Mark Weiss (ABN 013709)
   |                                              mweiss@weissiplaw.com
26 |                                              4204 N. Brown Avenue
   |                                              Scottsdale, Arizona 85251
27 |                                              Tel: (480) 994-8888
   |                                              Fax: (480) 947-2663
28 |                                              *Attorneys for Defendants*

1

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on August 13, 2014, I electronically transmitted the attached

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

5

6   By: s/ Mark Weiss

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28