# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fender Musical Instruments Corporation, | No. CV-14-00208-PHX-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| Umerco Clothing Incorporated, et al., | |
| Defendants. | |

All parties were ordered to file notice with the Court indicating whether they intended to invoke or wave the binding arbitration clause of the contract disputed in this action. (Doc. 49). The deadline to do so was August 14, 2014. (*Id*.). Every named Defendant filed notice of their decision to invoke the arbitration agreement on August 13, 2014. (Doc. 50). Plaintiff Fender Musical Instruments Corporation filed neither notice of its own decision nor opposition to Defendants' decision to invoke the agreement. Accordingly, the parties will be ordered to submit their dispute to arbitration in accordance with the terms of the License Agreement (Doc. 40, Exh. A, Sch. F). It follows that Fender's pending Motion to Dismiss Counterclaims (Doc. 40) will be denied as moot.

IT IS THEREFORE ORDERED that the parties submit their dispute to arbitration in accordance with the terms of the License Agreement (Doc. 40, Exh. A, Sch. F).

IT IS FURTHER ORDERED that the parties provide the Court with a joint status report by February 16, 2015.

1          IT IS FURTHER ORDERED that Plaintiff Fender Musical Instruments
2 Corporation's pending Motion to Dismiss Counterclaims (Doc. 40) is denied as moot.
3          Dated this 15th day of August, 2014.

_____
Neil V. Wake
United States District Judge