IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fender Musical Instruments Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Umerco Clothing Incorporated, et al.,<br><br>Defendants. | No. CV-14-00208-PHX-NVW<br><br>**JUDGMENT** |

Pursuant to the previous orders of the Court (Doc. 51, 56),

IT IS ORDERED, ADJUDGED, AND DECREED that the parties submit their dispute to arbitration in accordance with the terms of the License Agreement (Doc. 40; Exh. A, Sch. F).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all other claims are dismissed without prejudice to arbitrating them in accordance with the terms of the License Agreement (Doc. 40; Exh. A, Sch. F).

The Clerk shall terminate this case.

Dated this 10th day of March 2015.

_____
Neil V. Wake
United States District Judge